JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY SMITH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TERRI GONZALES, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-00272-VAP (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 13, 2011

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE